| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Daniel Joppich |
| Debtor 2 (Spouse, if filing) | Donna Joppich |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 16-45951-mlo |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 5 7

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 1,883.54

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 652.90     New escrow payment: $ 677.83

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 __Daniel Joppich__          Case number (if known) __16-45951-mlo__
        First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons                                        Date  06/13/2022
Signature

Print:   Molly Slutsky Simons                              Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number        Street

         Loveland                    OH     45140
         City                        State  ZIP Code

Contact phone  513-444-4100                  Email  bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DANIEL R JOPPICH
48764 GYDE RD
CANTON MI 48187

Analysis Date: June 01, 2022                                                                                      Final
Property Address: 48764 GYDE ROAD CANTON TOWNSHIP, MI 48187                                      Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Aug 2021 to July 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2022: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 1,205.71 | 1,205.71 ** | | Due Date: | Jul 01, 2022 |
| Escrow Payment: | 652.90 | 677.83 | | Escrow Balance: | 4,621.04 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 652.90 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 1,050.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $4,223.94 |
| Total Payment: | $1,858.61 | $1,883.54 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 5,034.12 | 1,678.45 |
| Aug 2021 | 652.90 | 1,305.80 | | | * | 5,687.02 | 2,984.25 |
| Aug 2021 | | 782.21 | | | * Escrow Only Payment | 5,687.02 | 3,766.46 |
| Aug 2021 | | | | 3,113.56 | * City/Town Tax | 5,687.02 | 652.90 |
| Sep 2021 | 652.90 | 652.90 | 3,076.34 | | * City/Town Tax | 3,263.58 | 1,305.80 |
| Oct 2021 | 652.90 | | | | * | 3,916.48 | 1,305.80 |
| Nov 2021 | 652.90 | 1,305.80 | | | * | 4,569.38 | 2,611.60 |
| Nov 2021 | | 4,124.88 | | | * Escrow Only Payment | 4,569.38 | 6,736.48 |
| Nov 2021 | | | | 2,062.44 | * Escrow Only Payment | 4,569.38 | 4,674.04 |
| Dec 2021 | 652.90 | 652.90 | 3,916.48 | 3,970.40 | * City/Town Tax | 1,305.80 | 1,356.54 |
| Jan 2022 | 652.90 | 652.90 | | | | 1,958.70 | 2,009.44 |
| Feb 2022 | 652.90 | | | | * | 2,611.60 | 2,009.44 |
| Mar 2022 | 652.90 | 652.90 | | | | 3,264.50 | 2,662.34 |
| Apr 2022 | 652.90 | 1,305.80 | | | * | 3,917.40 | 3,968.14 |
| May 2022 | 652.90 | 652.90 | | | | 4,570.30 | 4,621.04 |
| Jun 2022 | 652.90 | | | | * | 5,223.20 | 4,621.04 |
| Jul 2022 | 652.90 | | 842.00 | | * Homeowners Policy | 5,034.10 | 4,621.04 |
| | | | | | Anticipated Transactions | 5,034.10 | 4,621.04 |
| Jul 2022 | | 652.90 | | 1,050.00 | Homeowners Policy | | 4,223.94 |
| | $7,834.80 | $12,741.89 | $7,834.82 | $10,196.40 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 7,834.82. Under Federal law, your lowest monthly balance should not have exceeded 1,305.80 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: June 01, 2022                                                                                                           Final
Borrower: DANIEL R JOPPICH                                                                                                            Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 4,223.94 | 5,050.47 |
| Aug 2022 | 677.83 | | | 4,901.77 | 5,728.30 |
| Sep 2022 | 677.83 | 3,113.56 | City/Town Tax | 2,466.04 | 3,292.57 |
| Oct 2022 | 677.83 | | | 3,143.87 | 3,970.40 |
| Nov 2022 | 677.83 | | | 3,821.70 | 4,648.23 |
| Dec 2022 | 677.83 | 3,970.40 | City/Town Tax | 529.13 | 1,355.66 |
| Jan 2023 | 677.83 | | | 1,206.96 | 2,033.49 |
| Feb 2023 | 677.83 | | | 1,884.79 | 2,711.32 |
| Mar 2023 | 677.83 | | | 2,562.62 | 3,389.15 |
| Apr 2023 | 677.83 | | | 3,240.45 | 4,066.98 |
| May 2023 | 677.83 | | | 3,918.28 | 4,744.81 |
| Jun 2023 | 677.83 | | | 4,596.11 | 5,422.64 |
| Jul 2023 | 677.83 | 1,050.00 | Homeowners Policy | 4,223.94 | 5,050.47 |
| | $8,133.96 | $8,133.96 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,355.66.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,355.66 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 4,223.94.  Your starting balance (escrow balance required) according to this analysis should be $5,050.47.  This means you have a shortage of 826.53. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 8,133.96.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 677.83 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $677.83 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-45951-mlo |
| Daniel Joppich<br>Donna Joppich | Chapter 13 |
| Debtors. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on June 13, 2022 to the following:

Daniel Joppich, Debtor
Donna Joppich, Debtor
48764 Gyde Rd.
Canton, MI 48187

Thomas Hensel, Jr., Debtors' Counsel
tom@hensellawoffice.com

Tammy L. Terry, Trustee
Mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor